■ GLORIA DOOMES et al., Appellants, v BEST TRANSIT CORP. et al., Defendants, and FORD MOTOR COMPANY et al., Respondents. (And Other Actions.) [655 NYS2d 330] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered June 28, 1996, which granted defendant-respondent's motion to change venue from Bronx County to Warren County, unanimously reversed, on the law, the facts, and in the exercise of discretion, without costs, and the motion denied.

We find it to be an improvident exercise of discretion to have granted defendant Ford Motor's motion to change venue under the present circumstances. Concur—Murphy, P. J., Sullivan, Rubin and Andrias, JJ.